UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD G. CISNEROS and<br>GRETEL R. CISNEROS,<br><br>                    Plaintiffs,<br>        v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-50,<br><br>                    Defendants. | Case No.: 5:13-cv-05020-PSG<br><br>**SCHEDULING ORDER RE:<br>EX PARTE APPLICATION FOR A<br>TEMPORARY RESTRAINING<br>ORDER**<br><br>**(Re: Docket No. 15)** |

Plaintiffs have filed an ex parte application for a temporary restraining order seeking an injunction to prevent the sale of their property. The court ORDERS Defendants to file any opposition by Friday, December 13, 2013, at 5 p.m. The court will hold a hearing on Plaintiffs' application on Monday, December 16, 2013, at 9 a.m. Any parties wishing to appear by telephone should contact Oscar Rivera, courtroom deputy to the undersigned.

**IT IS SO ORDERED.**

Dated: December 11, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:13-cv-05020-PSG
SCHEDULING ORDER RE: EX PARTE APPLICATION FOR A TEMPORARY
RESTRAINING ORDER