1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LEONARD G. CISNEROS, et al., | Case No. 5:16-cv-00084  NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Paul S. Grewal to determine whether it is related to 5:13-cv-05020 PSG, Leonard G. Cisneros, et al. v. Wells Fargo Bank, N.A.

IT IS SO ORDERED.

Date:  January 8, 2016

Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-00084 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES